IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALVARO BORJA | § | |
| | § | |
| V. | § | C.A. NO. C-05-302 |
| | § | |
| DOUGLAS DRETKE | § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed by a state prisoner incarcerated at the McConnell Unit in Beeville, Texas (D.E. 1). Petitioner challenges his conviction for murder (*Id.*). He was convicted and sentenced on August 9, 2002, in the 363rd Judicial District Court of Dallas County, Texas (*Id.*).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); Wadsworth v. Johnson, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is located in the Southern District of Texas, Corpus Christi Division, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in the Dallas Division of the Northern District of Texas. 28 U.S.C. § 124(a)(1).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). Because petitioner was convicted in Dallas County, it is more convenient for the action to be handled in the Dallas Division of the Northern District of Texas. The records of his conviction, the prosecutor and defense lawyer, and the witnesses are all located in the Dallas Division of the Northern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Northern District of Texas, Dallas Division.

ORDERED this 29th day of June, 2005.

.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE